DANIEL V. WEBB, ET AL.

NO. 07-03-0245-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 18, 2003

______________________________

CAROLE DANIEL AND STAN DANIEL, APPELLANTS

V.

CHERYL KAY WEBB, IN HER CAPACITY AS SUCCESSOR INDEPENDENT EXECUTOR OF THE ESTATE OF MELVIN BRAY, DECEASED AND CHERYL KAY WEBB IN HER

CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF GLADYS BRAY,

 DECEASED AND MID-CENTURY INS. CO. OF TEXAS, APPELLEES

_________________________________

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-513,596; HONORABLE J. BLAIR CHERRY, JR., JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Pending before this Court is appellants’ motion to dismiss by which they indicate they no longer wish to pursue this appeal.  Without passing on the merits of the case, their motion is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1). 

Don H. Reavis

    Justice